**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6379**

_____

SHAUNESI YVETTE DEBERRY,

Petitioner - Appellant,

v.

MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, As Custodian; CAROLYN J. SCRUGGS, in her official capacity as Secretary, Maryland Department of Public Safety & Correctional Services; YOLANDA R. BETHEA, D. Min, in her official capacity as Acting Director, Maryland Department of Public Safety & Correctional Services; SHERIFF EVERETT L. SESKER, in his official capacity, Anne Arundel County Sheriff; ANTHONY G. BROWN, in his official capacity as the Maryland Attorney General,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:25-cv-01080-TDC)

_____

Submitted:  June 17, 2025                          Decided:  June 23, 2025

_____

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Shaunesi Yvette DeBerry, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaunesi Yvette DeBerry seeks to appeal the district court's order denying without prejudice her 28 U.S.C. § 2254 petition and granting her leave to file an amended petition. On appeal, DeBerry has moved for an injunction to prevent the state from enforcing a bench warrant against her. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order DeBerry seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding dismissal without prejudice with leave to amend is not a final order). Accordingly, we deny DeBerry's motion for injunctive relief, deny a certificate of appealability, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2